IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTH AMERICAN DENTAL WHOLESALERS, INC. : <br>     Plaintiff, : <br> : <br> vs. : <br> : <br> DANAHER CORPORATION, ET AL. : <br>     Defendants. : | CIVIL ACTION <br><br> NO. 11-247 |

# ORDER

**AND NOW**, this \_\_\_\_ day of August, 2011, upon consideration of Defendants' Motion to Transfer or, in the Alternative, to Dismiss (Doc. 12) and Plaintiff's Response in Opposition thereto (Doc. 14), **IT IS HEREBY ORDERED** that:

1. the Motion to Transfer is **GRANTED**; and

2. the above-captioned case is hereby **TRANSFERRED** to the United States District Court for the Central District of California.

BY THE COURT:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**